**In the Matter of Aaron FURMAN, Barbara Furman, Debtors.**

**DIVISION OF SPECIAL REVENUE, STATE OF CONNECTICUT, Plaintiff,**

v.

**Aaron FURMAN, Barbara Furman, Defendants.**

**Bankruptcy No. 2–89–00605.**
**Adv. No. 2–89–0193.**

United States Bankruptcy Court,
D. Connecticut.

Dec. 8, 1989.

Richard M. Sheridan, Asst. Atty. Gen., Hartford, Conn., for plaintiff.

John P. Zanini, Beck and Eldergill, Manchester, Conn., for debtors-defendants.

MEMORANDUM OF DECISION

ROBERT L. KRECHEVSKY, Chief Judge.

The ruling in this proceeding is governed by the decision rendered this date in the companion matter, *Division of Special Revenue, State of Connecticut v. Allan and Joan Schusterman (In re Schusterman),* 108 B.R. 893 (Bankr.D.Conn. 1989) (Krechevsky, J.).

The debt of the debtors to the State is determined to be discharged.